IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Midland-Odessa     DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

161st District Court, Ector County, Texas; Cause No. B-20-04-0425-CV; Yariel Figueroa Guzman v. Knight Transportation Services, LLC and Family Dollar Stores of Texas, LLC

2. Was jury demand made in State Court?   ☒ Yes    ☐ No

If yes, by which party and on what date?

Family Dollar Stores of Texas, LLC            5/15/2020
Party Name                                    Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

See attached additional page

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.
N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

N/A

**VERIFICATION**:

/s/ Kenneth C. Riney

Attorney for Removing Party                                    Date

Family Dollar Stores of Texas, LLC

Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| YARIEL FIGUEROA GUZMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 7:20-cv-136 |
| | § | |
| KNIGHT TRANSPORTATION | § | Jury Demand |
| SERVICES, INC., AND FAMILY | § | |
| DOLLAR STORES OF TEXAS, LLC, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## LIST OF ALL COUNSEL OF RECORD

**Counsel for Plaintiff**
Milad K. Farah
State Bar No.: 24055466
Geoffrey A. Borschow
State Bar No.: 24082708
FARAH LAW GROUP, PLLC
1231 E. Missouri
El Paso, Texas 79902
TEL: (915) 533-0880
FAX: (915) 533-1155
mkf@gflawoffices.com
gab@gflawoffices.com

**Counsel for Defendant Family Dollar Stores of Texas, LLC**
Kenneth C. Riney
State Bar No.: 24046721
Johnathan D. Jordan
State Bar No.: 24100509
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
TEL: (214) 777-4200
FAX: (214) 777-4299

LIST OF ALL COUNSEL OF RECORD

P a g e | **2**

kriney@krcl.com
jjordan@krcl.com

**Counsel for Defendant Knight Transportation, Inc.**
Michael P. Sharp
State Bar No. 00788857
Jeff C. Wright
State Bar No.: 24008306
J. Taylor Shaw
State Bar No. 24106422
FEE, SMITH, SHARP & VITULLO, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
TEL: (972) 616-7614
FAX: (972) 934-9200
msharp@feesmith.com
jwright@feesmith.com
tshaw@feesmith.com